IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTINE S. FORD,

       Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant,

   v.

SSAOGC,

       Interested Party.

Case No. 11-cv-707-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("R&R") (Doc. 30) of Magistrate Judge Clifford J. Proud, wherein Magistrate Judge Proud recommends that the Court reverse and remand the Commissioner of Social Security's final decision. Said decision denied disability insurance benefits to Plaintiff Christine S. Ford. The time for objections to the R&R has passed, yet none have been filed.

After reviewing a magistrate judge's report and recommendation, the Court may accept, reject, or modify, in whole or in part, the findings or recommendations of the magistrate judge in the report. Fed. R. Civ. P. 72(b). The Court must review de novo the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id*. "If no objection or only partial objection is made, the district court judge reviews those

unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

Here, as aforementioned, the Court has received no objections to the R&R.  The Court has reviewed the entire file and finds that the R&R is not clearly erroneous.  Accordingly, the Court **ADOPTS** the R&R (Doc. 30) in its entirety, whereby the Court **REVERSES** the Commissioner of Social Security's denial of benefits and **REMANDS** for further proceedings consistent with the R&R.  Further, the Court **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:** July 25, 2012

s/J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**