IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTINE S. FORD,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant,

v.

SSAOGC,

    Interested Party.

Case No. 11-cv-707-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the fourth sentence of 42 U.S.C. § 405(g) the final decision of Michael J. Astrue, Commissioner of Social Security, which denied Plaintiff Christine S. Ford's application for disability insurance benefits, be reversed and remanded to the Commission of Social Security for further proceedings and a new decision.

**NANCY ROSENSTENGEL, CLERK**

**By:s/Deborah Agans, Deputy Clerk**

**DATED:  July 25, 2012**

**Approved:**    s/J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**